FILED'08 JUL 31 11:47USDC-LAE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN CHARLES AYO | CIVIL ACTION |
| VERSUS | NO. 08-963 |
| OFFICER PAUL SIMONEAUX ET AL. | SECTION "F" (2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the objections

to the Magistrate Judge's Report and Recommendation, hereby approves the **Report and**

**Recommendation** of the United States Magistrate Judge and adopts it as its opinion in

this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C.

§ 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for

failure to state a claim under 28 U.S.C. § 1915(e)(2) under Heck v. Humphrey, 512 U.S.

477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in the

complaint are **DISMISSED WITHOUT PREJUDICE** to the plaintiff's ability to file

a proper habeas corpus proceeding after exhaustion of state court remedies.

___ Fee_____
___ Process_____
X Dktd_____
_ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED** that plaintiff's motion for injunctive relief is

**DENIED**.


New Orleans, Louisiana, this _30th_ day of _July_, 2008.


UNITED STATES DISTRICT JUDGE